UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLE JOSEPH RODRIGUEZ         CIVIL ACTION

VERSUS                        NO. 17-5177

THIBODAUX POLICE              SECTION "N" (2)
DEPARTMENT ET AL.

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 claims are **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1), or under Heck v. Humphrey, 512 U.S. 477 (1994).

New Orleans, Louisiana, this 24th day of August, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE