# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| COLE JOSEPH RODRIGUEZ | CIVIL ACTION |
|---|---|
| VERSUS | NO: 17-5177 |
| THIBODAUX POLICE DEPT., ET AL | SECTION: "S" (2) |

## ORDER AND REASONS

Before the court is a "**Motion to Reopen**" (Rec. Doc. 21) filed by plaintiff.

On August 24, 2017, another judge of this court adopted the Magistrate Judge's Report and Recommendation, which held that plaintiff's claims were barred by Heck v. Humphrey, 512 U.S. 477 (1994). The instant motion to reopen, while brief, appears to suggest that plaintiff's criminal cases have now been disposed of in a fashion that he contends meets the conditions of Heck. Accordingly,

**IT IS HEREBY ORDERED** that this matter is **REFERRED** to the assigned magistrate judge for further proceedings.

New Orleans, Louisiana, this 10th day of September, 2019.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**